IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00296-RM-MJW

LAURENCE NILES,

Plaintiff(s),

v.

WILLIAM RODMAN, M.D.; and
ASPEN VALLEY HOSPITAL DISTRICT d/b/a ASPEN VALLEY HOSPITAL,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant William Rodman, M.D.'s Unopposed Motion to Reschedule Scheduling Conference (Docket No. 12) is granted. Accordingly, the Scheduling Conference set on April 16, 2015, at 10:30 a.m. is VACATED and RESET on May 6, 2015, at 9:30 a.m. The proposed Scheduling Order shall be filed on or before April 29, 2015

Date: March 12, 2015