# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   15-cv-00296-RM-MJW                FTR - Courtroom A-502

**Date:**   August 17, 2015                              Courtroom Deputy, Ellen E. Miller

|  *Parties*  |  *Counsel*  |
|---|---|
| LAURENCE NILES, | Peter A. McClenahan |
| Plaintiff(s), | |
| v. | |
| WILLIAM RODMAN, M.D., and | Kim B. Childs |
| ASPEN VALLEY HOSPITAL DISTRICT d/b/a | Aaron P. Bradford |
| ASPEN VALLEY HOSPITAL, | Philippa J. Balestrieri |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **MOTIONS HEARING**
**Court in Session:**   8:29 a.m.
Court calls case.  Appearances of counsel.

Argument is heard by the Court regarding William Rodman, M.D.'s Motion to Compel Discovery Responses [Docket No. 34] and Defendant William Rodman, M.D.'s Fed.R.Civ.P(c) Motion for Protective Order [Docket No. 40] and Plaintiff's Motion to Compel Discovery Responses from Defendant Aspen Valley Hospital [Docket No. 36] .

**It is ORDERED:**   Plaintiff shall have up to and including **AUGUST 24, 2015,** within which to file a Supplement brief regarding William Rodman, M.D.'s Motion to Compel Discovery Responses [Docket No. 34, filed July 09, 2015] as to the Colorado Revised Statutes section 25-3.5-704(H)(II) which was cited by Aspen Valley Hospital this morning. Aspen Valley Hospital did not file a Response to Docket No. 34.

**It is ORDERED:**   William Rodman, M.D.'s Motion to Compel Discovery Responses [Docket No. **34**, filed July 09, 2015] is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order.

**It is ORDERED:**    Plaintiff's Motion to Compel Discovery Responses from Defendant Aspen Valley Hospital [Docket No. **36**, filed July 24, 2015] **TAKEN UNDER ADVISEMENT.** The court will issue its written Order.

**It is ORDERED:**    Defendant William Rodman, M.D.'s Fed.R.Civ.P(c) Motion for Protective Order [Docket No. **40**, filed July 30, 2015] is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order.

**It is ORDERED:**    Plaintiff shall provide the website address for the Colorado Mental Health department noted in his argument this morning regarding Exhibit No. 1.

Hearing concluded.
**Court in recess:**   10:25 a.m.
Total In-Court Time 01:56

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.