IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00296-RM-MJW

LAURENCE NILES,

Plaintiff,

v.

WILLIAM RODMAN, M.D.; and
ASPEN VALLEY HOSPITAL DISTRICT d/b/a ASPEN VALLEY HOSPITAL,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Plaintiff's Unopposed Motion to Modify the Scheduling Order [Docket No. 30] to Extend Certain Deadlines (Docket No. 51) is granted, finding good cause shown. The Scheduling Order (Docket No. 30) is thus amended as follows. The expert disclosure deadline is November 6, 2015. The rebuttal expert disclosure deadline is December 8, 2015. The deadline to serve written discovery requests is January 22, 2016. The discovery cut-off is March 4, 2016. The dispositive motion deadline is March 28, 2016.

Date: September 10, 2015