IN THE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00296-RM-MJW

LAURENCE NILES

    Plaintiff

vs.

WILLIAM RODMAN, M.D.; and
ASPEN VALLEY HOSPITAL DISTRICT d/b/a
ASPEN VALLEY HOSPITAL

    Defendants

---

### ORDER REGARDING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER [DOCKET NO. 30] TO EXTEND CERTAIN DEADLINES (Docket No. 57)

This matter comes before the Court on Defendants' Motion to Modify the Scheduling Order [Docket No. 30] to Extend Certain Deadlines; and the Court being fully advised on the premises:

HEREBY ORDERS that Defendants' motion (Docket No. 57) is GRANTED, and orders that the following deadlines from the Scheduling order are extended as follows:

    Parties' Expert Disclosure Deadline: **December 11, 2015**

    Parties' Rebuttal Expert Disclosure Deadline: **January 12, 2016**

    Deadline to Serve Written Discovery Requests: **February 26, 2016**

    Discovery Cut-Off: **April 8, 2016**

    Dispositive Motion Deadline: **March 28, 2016 (No change from the current scheduling order).** Final Pretrial Conference Remains set on April 1, 2016 at 9:00 AM

1

Dated this 27TH day of October, 2015.

BY THE COURT:

_____
[signature]

2