# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   15-cv-00296-RM-MJW | FTR - Courtroom A-502 |
| **Date:**   January 05, 2016 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| LAURENCE NILES, | Peter A. McClenahan |
| | Isobel S. Thomas |
| Plaintiff(s), | |
| v. | |
| WILLIAM RODMAN, M.D., and | Kim B. Childs   (by telephone) |
| ASPEN VALLEY HOSPITAL DISTRICT d/b/a | Aaron P. Bradford |
| ASPEN VALLEY HOSPITAL, | |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **MOTIONS HEARING**
**Court in Session:**   10:04  a.m.
Court calls case.  Appearances of counsel.

The Court raises pending motions for argument.  Arguments, responses, and rebuttals are heard.

**It is ORDERED:**   William Rodman, M.D.'s MOTION FOR SANCTIONS DUE TO PLAINTIFF'S FAILURE TO COMPLY WITH THIS COURT'S ORDER REGARDING DISCOVERY   [Docket No. **58**, filed October 26, 2015] is **TAKEN  UNDER  ADVISEMENT.**  The court will issue its written Order.

**It is ORDERED:**   William Rodman, M.D.'s MOTION TO COMPEL UN-REDACTED MEDICAL BILLS AND MEDICAL RECORDS   [Docket No. **59**, filed October 26, 2015] is **TAKEN  UNDER  ADVISEMENT.**  The court will issue its written Order.

**It is ORDERED:**   Plaintiff's MOTION TO STRIKE DEFENDANTS' DESIGNATION OF NON-PARTY TORTFEASOR [Docket No. **66**, filed November 04, 2015] is **TAKEN  UNDER  ADVISEMENT.**  The court will issue its written Order.

**It is ORDERED:**  Plaintiff's MOTION TO STRIKE THE "DEPOSITION CORRECTION SHEET" OF WILLIAM RODMAN, M.D. [Docket No. **68**, filed November 06, 2015] is **TAKEN UNDER ADVISEMENT.**  The court will issue its written Order.

**It is ORDERED:**  Plaintiff's MOTION FOR PROTECTIVE ORDER DIRECTING DEFENDANTS' COUNSEL TO FOLLOW LOCAL RULE 30.3 AND CEASE MAKING EXCESSIVE SPEAKING OBJECTIONS AND COACHING WITNESSES DURING ORAL DEPOSITIONS [Docket No. **70**, filed November 10, 2015] is **TAKEN UNDER ADVISEMENT.**  The court will issue its written Order.

**It is ORDERED:**  William Rodman, M.D.'s SUPPLEMENT TO MOTION TO COMPEL UNREDACTED BILLS [Docket No. **92**, filed January 04, 2016] is **TAKEN UNDER ADVISEMENT.**  The Court will issue its written Order.

Hearing concluded.
**Court in recess:**   11:17 a.m.
Total In-Court Time   01:13

To order a transcript of this proceedings, contact Stevens-Koenig Reporting (303) 988-8470