IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00296-RM-MJW

LAURENCE NILES,

Plaintiff,

v.

WILLIAM RODMAN, M.D.; and
ASPEN VALLEY HOSPITAL DISTRICT d/b/a ASPEN VALLEY HOSPITAL,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendant William Rodman, M.D.'s Motion to Reconsider or Clarify Order of January 13, 2016 (docket no. 95) is GRANTED in part and DENIED in part.  The subject motion (docket no. 95) is GRANTED as to that portion of the motion that seeks clarification.  To clarify, the Special Master shall be present, in person, during the remainder of the depositions that need to completed in this case and shall rule on any objections during such depositions.  The remainder of the relief sought in the subject motion (docket no. 95) is DENIED.  Defendant Rodman's argument that a Magistrate Judge does not have the legal authority to appoint a Special Master unless one or both of the parties request a Special Master is misplaced.  *See* legal authority cited in Magistrate Judge Watanabe's Order (docket no. 94 at 14) and also see the authority cited in Plaintiff's Response (docket no. 97) at page 2 which this court incorporates by reference.

Date: January 22, 2016