**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 15-cv-00296-RM-MJW

LAURENCE NILES

      Plaintiff,

v.

WILLIAM RODMAN, M.D. and
ASPEN VALLEY HOSPITAL DISTRICT d/b/a
ASPEN VALLEY HOSPITAL

      Defendants.

---

**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT
ASPEN VALLEY HOSPITAL DISTRICT d/b/a ASPEN VALLEY HOSPITAL**

---

THE COURT having reviewed the Stipulation for Dismissal With Prejudice ("the Stipulation) (ECF No. 107) of Plaintiff Laurence Niles and Defendant Aspen Valley Hospital District d/b/a Aspen Valley Hospital, and being fully advised herein, it is

ORDERED that the Stipulation is GRANTED, and that this action is DISMISSED WITH PREJUDICE as to Defendant Aspen Valley Hospital District d/b/a Aspen Valley Hospital, with each party to pay their own attorneys' fees and costs associated with this matter.

DATED this 26th day of January, 2016.

                                            BY THE COURT:

                                            _____

                                            RAYMOND P. MOORE
                                            United States District Judge