IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00296-RM-MJW

LAURENCE NILES,

Plaintiff,

v.

WILLIAM RODMAN, M.D.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby ORDERED that William Rodman, M.D.'s <u>Stipulated</u> Motion to Reschedule the Pre-Trial Conference and Extend Discovery Cut-Off (Docket No. 172) is GRANTED for good cause shown.  The Scheduling Order (Docket No. 30) is amended to extend the discovery cut-off to April 15, 2016.

     It is further ORDERED that the Final Pretrial Conference set for April 1, 2016 at 9:00 a.m. is VACATED.  The Final Pretrial Conference is RESET on May 12, 2016 at 10:00 a.m.  The proposed final pretrial order shall be filed on or before May 5, 2016.

Date: March 1, 2016