IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00296-RM-MJW

LAURENCE NILES,

Plaintiff,

v.

WILLIAM RODMAN, M.D.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Docket No. 98 is DENIED in part and Plaintiff's request for attorneys' fees and costs is DENIED, adopting the Special Master's Report No. 2 Regarding Defendant's Motion to Limit Plaintiff to One Retained Expert Witness in the Area of Trauma Surgery (attached to this Minute Order).

Date: March 3, 2016